UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. EVERETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | No. 2:18-mc-00090-CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, has filed a letter indicating that he is unable to electronically file a civil rights action pursuant to 42 U.S.C. § 1983 because the prison is on lockdown. ECF No. 1. Accordingly, no civil rights complaint has been filed. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's June 7, 2018 letter of the prison's lockdown status is denied without

---

[1] If leave to proceed in forma pauperis is granted, plaintiff will still be required to pay the filing fee, but will be permitted to pay it in installments.

1

prejudice.

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated: June 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ever0090.nocompl.docx

2